IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01555-BNB

JILL COIT,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the "barely legible" documents (Doc. Nos. 3 and 4) submitted on August 4, 2010. In Doc. No. 4 Plaintiff, Jill Coit, is requesting an extension of time in which to cure all the deficiencies designated in the order to cure filed on June 30, 2010, and requesting appointment of counsel. The request for appointment of counsel is DENIED as premature. The request for extension of time is GRANTED. Plaintiff will be allowed **thirty (30) days from the date of this minute order** in which to cure all the deficiencies designated in the June 30 order. Failure to do so within the time allowed will result in the dismissal of the instant action.

    Plaintiff's motion (Doc. No. 3) is DENIED as premature. If Plaintiff cannot get a certified account statement, she must provide written documentation from the appropriate prison official as to the reason or reasons for denial.

Dated: August 9, 2010