**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01555-LTB

JILL COIT,

     Plaintiff,

v.

A. ZAVARAS, Director of CDOC,
THE COLORADO DEPARTMENT OF CORRECTIONS,
JAMES WELTON,
GOVERNOR BILL RITTER, JR.,
LARRY REID,
ROBERT CANTWELL
MAJOR WAID,
MICHAEL DOUSSARD (Spelling),
DENNIS HOUGNON,
UNNAMED/UNKNOWN DEFENDANT WHO TOOK LEGAL SUPREME COURT MAIL
     STAMPED OCTOBER 28, 2008,
UNNAMED/UNKNOWN DEFENDANT WHO CHANGED COMPUTER LEGAL MAIL
     LOG,
CATHIE HOLST,
DR. P. FRANTZ,
RANDY SMITH,
SGT. HATFIELD,
CAPTAIN KITTY ARNOLD,
UNNAMED/UNKNOWN DWCF OFFICER THAT TOOK PLAINTIFF'S TWO CUBIC
     FEET OF LEGAL DOCUMENTS,
UNNAMED/UNKNOWN DWCF OFFICER THAT TOOK/LOST PLAINTIFF'S
     ORTHOPEDIC MEDICAL SHOES THAT ABILITY UNLIMITED MADE,
SGT. LASO,
UNKNOWN/UNNAMED DWCF STAFF WHO TOOK MEDICAL DOCUMENTS FROM
     PLAINTIFF'S MEDICAL FILE,
JOAN SHOEMAKER,
UNNAMED/UNKNOWN LVCF OFFICER THAT PACKED PLAINTIFF OUT ON 7-23-10
     (2 OFFICERS),
SGT. FIELDS,
SGT/CAPT. BUTCHER,
ASSOCIATE WARDEN SCOTT HALL, DWCF,
JOHN MARTIN, DWCF,
TCF WARDEN PELLANT, The Topeka Correctional Facility,
DR. MCMASTERS (T.C.F.),
SGT. BLAND 1435,
ANTHONY DECESARO, and
DR. MARTINEZ-HOCHBE-YENETT (T.C.F.),

Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

This matter is before the Court on the "Motion to Correct Typing Errors in Objection to Order of Dismissal and Discrimination Against the Physical [sic] Impaired" (docket no. 33) that Plaintiff, Jill Coit, submitted to and filed with the Court on April 18, 2011.  Ms. Coit seeks to correct typographical errors in an objection to the dismissal order (docket no. 15) she apparently believes she filed.  However, no such objection has been filed.  Therefore, the motion is DENIED without prejudice.

Dated:  April 20, 2011

---